**In the Interest of R.J.O. and M.A.O., and Juvenile Officer, Respondents,**

v.

**J.J., Appellant,**

**M.J., Defendant.**

**No. WD 66016.**

Missouri Court of Appeals, Western District.

June 20, 2006.

Laurie V. Snell, Kansas City, MO, for appellant.

Debra J. Gronewoller, Kansas City, MO, for respondent Juvenile Officer.

Katherine J. Rodgers, Kansas City, MO, Guardian or respondents R.J.O. and M.A.O.

Before HOWARD, P.J., ELLIS and HARDWICK, JJ.

*ORDER*

PER CURIAM.

J.L.J. appeals from the judgment terminating parental rights to his two sons, R.J.O. and M.A.O. Upon review of the briefs and the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).